IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01694-PAB-MEH

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL #111,
DOMINGO N. MORENO,
DAVID L. WILLIAMS,
GUY E. FORTI,
GERALD E. KING, and
VICKI WILLIAMS,

      Plaintiffs,

v.

PUBLIC SERVICE COMPANY OF COLORADO, and
XCEL ENERGY INC. EMPLOYEE WELFARE BENEFIT PLAN, a/k/a The Public Service Company and Participating Subsidiary Companies Retirees' Medical Managed Care/Medicare Coordinated Plan,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2015**.

      For good cause shown, Defendants' Unopposed Motion for Leave to Exceed Page Limits in their Response to Plaintiffs' Motion for Leave to Amend and Supplement Complaint [filed May 22, 2015; docket #65] is **granted**. The Court will consider the Defendants' Response to Plaintiffs' Motion for Leave to Amend and Supplement Complaint as filed at docket #66.