U-140-1-20-03-2

P-99-0089
LETTER OF UNDERSTANDING
BETWEEN
PUBLIC SERVICE COMPANY OF COLORADO
AND
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL 111

The parties agree as follows concerning the extension of the Collective Bargaining Agreements. The Agreements included in the extension are: Operations, Production and Maintenance; Meter Reader, Order Reader and Field Credit Representative; Hayden Clerical; and Cheyenne Light, Fuel & Power. The terms of the extension are as follows:

1. The existing terms of the Collective Bargaining Agreements shall remain in effect, except as outlined below.

2. The Term of Agreement shall be extended for three (3) years as follows:

|  | New Expiration Date |
|---|---|
| OP&M | May 31, 2003 |
| MR, OR, FCR | May 31, 2003 |
| CLF&P | June 30, 2003 |
| Hayden Clerical | December 3, 2003 |

3. A general wage increase of 3.5%, 3.25%, and 3.5% shall be applied for each of the respective years of the extension. The general wage increases shall be effective the beginning date of the pay period closest to the anniversary date of the Agreement. General wage increases or cash payments will be applied in the same fashion as in the past.

4. In the event new benefits and paid time off packages are developed for non-union employees as a result of the pending merger with Northern States Power, the Company will notify the Union and the parties will negotiate.

5. In the event the merger is not completed, the Company will notify the Union and the parties will negotiate concerning the existing non-union packages (benefits and paid time off).

6. During the term of the Agreement both the Company and the Union are receptive to negotiate items that either party finds important.

7. The parties recognize that we are currently engaged in interim negotiations concerning a number of issues. Those negotiations will continue.

For the Company:                                    For the Union:

_____ Date: 6/24/99              _____ Date: 7/19/99
Ed Lutz                                                      Robert H. Mason
Director, Workforce Relations                    Business Manager

RECEIVED
JUL 20 1999

Weak Affidavit 2, Attachment 9

Confidential